# **EXHIBIT B**

## **List of Bank Accounts**

4869-8962-5761.5

**Charles Schwab**
Account No. XXXX-3841
FDIC Insured

**Seaway Bank, a division of Self-Help Federal Credit Union**
2504 Tenaya Drive
Modesto, CA 95354
Account No. XXXXX2234

**United Fidelity Bank**
P.O. Box 1347
Evansville, Indiana 47706
Account No. XXXXXX8924
FDIC Insured